**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6711**

CARLTON RAY BARBER, JR.,

             Plaintiff - Appellant,

      v.

TODD HARRIS, Detective, Robeson County Sheriff's Dept.;
ROBESON COUNTY CLERK OF COURT; ROBERT D. JACOBSON, Attorney,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
Chief District Judge.  (5:08-ct-03153-FL)

Submitted:  November 19, 2009       Decided:  December 2, 2009

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carlton Ray Barber, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlton Barber, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we deny Barber's motion for appointment of counsel and affirm for the reasons stated by the district court. Barber v. Harris, No. 5:08-ct-03153-FL (E.D.N.C. Mar. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED